# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DUSTIN JEFFRIES**, an individual, **BRANDON HARRIS**, an individual, **JESSICA LOVELADY**, an individual, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **TODD FOX**, an individual <br><br> Defendants. | Case No. 07-CV-668-CVE-PJC |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, Dustin Jeffries, Brandon Harris and Jessica Lovelady, by and through their attorneys of record, Charles C. Vaught and David R. Blades of *Armstrong & Lowe, P.C.*, and the Defendant, Todd Fox, by and through his attorney of record, Elizabeth Carroll of *Doerner, Saunders, Daniel & Anderson, LLP*, and hereby moves this Court to dismiss all claims and causes of actions the parties have against each other without prejudice and each party is to bear its own respective attorneys fees and costs with regards to the dismissed claims.

Respectfully submitted:

ARMSTRONG & LOWE, P.C.

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA #19962
David R. Blades, OBA #15187
1401 S. Cheyenne
Tulsa, OK  74119
(918) 582-2500
(918) 388-0100 Fax
**Attorneys for Plaintiff**

1

                DOERNER, SAUNDERS, DANIEL,
                 & ANDERSON, LLP

                */s/ Elizabeth W. Carroll*
                Sam G. Bratton, II, OBA #1086
                Elizabeth W. Carroll, OBA #20646
                320 S. Boston, Suite 500
                Tulsa, OK 74103
                (918) 582-1211
                (918) 591-5360 - Fax
                **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 8th day of July, 2008, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System from filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Elizabeth Carroll
Sam G. Bratton

                */s/ Charles C. Vaught*
                Charles C. Vaught